151 A.3d 83

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CRAIG THOMPSON (A/K/A JOE JOHNSON AND CRAIG COPELAND), DEFENDANT-PETITIONER.

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001339-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 84

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CURTIS R. JONES (A/K/A CURTIS A. JONES), DEFENDANT-PETITIONER.

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003137-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.